UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

VICTORIA MILEY,

    Plaintiff,

v.                                     CASE NO. 8:18-cv-913-T-23CPT

STATE FARM BANK, F.S.B.,

    Defendant.
_____/

## **ORDER**

In accord with the parties' stipulation (Doc. 17), the action is **DISMISSED WITH PREJUDICE**.

ORDERED in Tampa, Florida, on August 29, 2018.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE